UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                          Cr. No.  19-20183-MSN

JEREMY QUINNTRELL PRUITT,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that  Jeremy Pruitt  appeals to the United States Court of Appeals for the Sixth Circuit from the ( X ) Judgment (___) Order (___) Other (specify) _____ entered in this action on  September 17, 2020  .

        s/ ROBERT L. THOMAS
        Assistant Federal Defender
        200 Jefferson Avenue, Suite 200
        Memphis, TN 38103
        (901) 544-3895

Date:  September 30, 2020